Rachel B. Saimons, WSBA #46553
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
Telephone: (206) 467-9600

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MICHELLE VIDALES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LUMIO HX, INC., a Utah Company, PAUL RHOTON, in his individual and corporate capacity and the marital community thereof,<br><br>Defendants. | Case No.: 4:23-cv-05006-SAB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO: THE CLERK OF THE COURT; and

TO: ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rachel B. Saimons hereby files a notice of appearance in the above-titled case as attorney for Defendants Lumio HX, Inc. and Paul Rhoton. All further papers and pleadings herein, except original process, should be served upon Rachel Saimons at the address stated below.

NOTICE OF APPEARANCE OF COUNSEL - 1
CASE NO. 4:23-cv-05006-SAB

1  Rachel B. Saimons, WSBA No. 46553
2  Email: RSaimons@kilpatricktownsend.com
   Kilpatrick Townsend & Stockton LLP
3  1420 Fifth Avenue, Suite 3700
   Seattle, Washington 98101
4  Tel: (206) 467-9600
5  Fax: (206) 623-6793

6

7  DATED this 9th day of March, 2023.

8                              **Kilpatrick Townsend & Stockton LLP**

9
         By: *s/Rachel B. Saimons*
10           Rachel B. Saimons, WSBA No. 46553
11           Email: RSaimons@kilpatricktownsend.com
             Kilpatrick Townsend & Stockton LLP
12           1420 Fifth Avenue, Suite 3700
13           Seattle, Washington 98101
             Tel: (206) 467-9600
14           Fax: (206) 623-6793

15
         *Attorneys for Defendants*
16

17

18

19

20

21

22

23

24

25

26

27

28
NOTICE OF APPEARANCE OF COUNSEL - 2      KILPATRICK, TOWNSEND & STOCKTON LLP
CASE NO. 4:23-cv-05006-SAB                     1420 FIFTH AVENUE, SUITE 3700
                                                   SEATTLE, WA 98101
                                                     (206) 467-9600

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons on the date set forth below:

    Gregory M. Skidmore
    Damien N. Villarreal
    Skidmore & Fomina, PLLC
    14205 SE 36th Street, Suite 100
    Bellevue, WA 98006
    Telephone: (425) 519-3656
    Email: gskidmore@skidmorefomina.com
    Email: dvillarreal@skidmorefomina.com

DATED this 9th day of March, 2023.

**Kilpatrick Townsend & Stockton, LLP**

By: *s/Rachel B. Saimons*
    Rachel B. Saimons
    Email: RSaimons@kilpatricktownsend.com

CERTIFICATE OF SERVICE
CASE NO. 4:23-cv-05006-SAB

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600