FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE VIDALES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LUMIO HX, INC., a Utah Company, PAUL RHOTON, in his individual and corporate capacity and the marital community thereof,<br><br>Defendants. | NO:   4:23-CV-5006-SAB<br><br>NOTICE SETTING SCHEDULING CONFERENCE |

**A.** **Scheduling Conference – By Video**

**HEARING DATE:  MAY 2, 2023 at 9:30 a.m.**

**PLEASE TAKE NOTICE** that a video scheduling conference will be held on the date and time noted above.  Counsel and pro se parties will be provided with separate call-in details by email from the Court's staff.  The email will be sent one week before the hearing.

**B.** The provisions of Fed. R. Civ. P. 26 apply.  The parties shall confer at least **fourteen (14) days** in advance of the scheduling conference and shall be prepared to discuss at the scheduling conference the following issues:

NOTICE SETTING SCHEDULING CONFERENCE ~ 1

1. Whether service is complete and, if not, the expected date of completion;
2. Whether jurisdiction, venue, and standing are proper;
3. Whether the parties consent for this matter to be tried before a magistrate judge;
4. The nature and basis of their claims (brief summary);
5. A preferred trial date and estimated length of trial;
6. Anticipated motions;
7. Arrangement for the disclosures required under Fed. R. Civ. P. 26(a)(1);
8. A proposed Discovery Plan as discussed in Fed. R. Civ. P. 26(f). This plan shall include the disclosures required under Rule 26(a)(1) and shall also include a time and platform agreed upon for the exchange of e-discovery, if any;
9. Whether class certification is alleged. The parties shall include a suggested cut-off date as outlined in Local Rule 23.1;
10. Whether the case involves a beneficial interest claim of a minor or incompetent that requires appointment of a Guardian ad litem;
11. The appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or magistrate, to arbitration, to the Judicial Panel on Multi-district

NOTICE SETTING SCHEDULING CONFERENCE ~ 2

|   |   |   |
|---|---|---|
| | | Litigation, or application of the procedures included in the Manual for Complex Litigation; |
| | 12. | Modification of the standard procedures due to the relative simplicity or complexity of the action or proceeding; |
| | 13. | Feasibility of bifurcation, or otherwise structuring sequence of the trial; |
| | 14. | Whether there will be a point in the litigation when the parties can conduct meaningful settlement discussions or participation in another form of alternative dispute resolution; |
| | 15. | Identification of any issues that should be certified to the state Supreme Court; and |
| | 16. | Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues. |

C. On or before **April 24, 2023**, the parties shall file the following:

    1. **Consent Form:** The parties shall complete the attached Consent Form and return it to the Clerk of the Court, as instructed, advising whether the parties consent to this case being tried by a United States Magistrate Judge. See 28 U.S.C. § 636 as amended;

    2. **Statement Identifying Corporate Information:** Any non-governmental corporate party to this action shall file a statement identifying

NOTICE SETTING SCHEDULING CONFERENCE ~ 3

all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. Counsel have an ongoing responsibility to supplement this information;

3. **Joint Status Report (Fed. R. Civ. P. 26(f)):** The parties shall file a Joint Status Report (or separate reports if necessary), reflecting the results of their conference and the parties' position with respect to **each subject outlined in section B** of this Notice.

4. The following deadline dates will be outlined in an Order after the status conference. Be prepared to discuss these deadlines if there are any changes.

| Deadline | Date |
|---|---|
| Simultaneous expert disclosures | 230 days before trial |
| Rebuttal expert disclosures | 200 days before trial |
| Motion to Amend/Add Parties | 210 days before trial |
| Daubert motions | 192 days before trial |
| Discovery cutoff | 140 days before trial |
| Dispositive motions | 132 days before trial |
| Hearing Request re deposition designations | 42 days before trial |
| Cross designations | 28 days before trial |
| Objections to designations | 21 days before trial |
| Exhibit/Witness lists | 35 days before trial |
| Objections Exhibit/Witness lists | 28 days before trial |
| Response to Exhibit/Witness objections | 21 days before trial |
| Motions in Limine | 42 days before trial |
| Response to Motions in Limine | 36 days before trial |
| Replies to Motions in Limine | 28 days before trial |

| | |
|---|---|
| Pretrial Order | 21 days before trial |
| Trial Briefs, voir dire | 25 days before trial |
| Jury Instructions (Agreed/Disputed) | 25 days before trial |
| Memo object to disputed Jury Instructions | 25 days before trial |
| Pretrial Conference/Motion in Limine Hrg | 14 days before trial |

Counsel are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery.

**DATED** April 4, 2023.

                                          SEAN F. McAVOY
                                  DISTRICT COURT CLERK

                                     *s/Michelle M. Fox*
                                      MICHELLE M. FOX
                                          Deputy Clerk

NOTICE SETTING SCHEDULING CONFERENCE ~ 5