FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE VIDALES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LUMIO HX, INC., a Utah company; and PAUL RHOTON, in his individual and corporate capacity and the marital community thereof,<br><br>    Defendants. | No. 4:23-CV-05006-SAB<br><br>**ORDER OF DISMISSAL FOR DEFENDANT LUMIO HX, INC.** |

    Before the Court is parties' Joint Stipulation and [Proposed] Order of Dismissal of Defendant Lumio HX, Inc., with Prejudice, ECF No. 29. Plaintiff is represented by Gregory Skidmore and Damien Villarreal. Defendant Lumio is represented by Rachel Saimons. Defendant Rhoton is represented by Asti Gallina, Matthew Mensik, and Robert Taylor-Manning. The motion was considered without oral argument.

    Plaintiff and Defendant Lumio HX, Inc. request the Court dismiss with prejudice all claims against Defendant Lumio, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and fees. The claims against Defendant Rhoton remain.

    The Court grants the motion.

**ORDER OF DISMISSAL FOR DEFENDANT LUMIO HX, INC.** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation and [Proposed] Order of Dismissal of Defendant Lumio HX, Inc., with Prejudice, ECF No. 29, is **GRANTED**.

2. The claims against Defendant Lumio HX, Inc. are **DISMISSED with prejudice,** and the parties shall bear their own attorney's fees and costs.

3. The District Court Clerk is **directed** to update the case caption terminating Defendant Lumio HX, Inc. from the above-captioned matter.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **terminate** Defendant Lumio.

**DATED** this 25th day of July 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL FOR DEFENDANT LUMIO HX, INC.** *2