FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE VIDALES, an individual, <br><br>    Plaintiff, <br><br>v. <br><br>PAUL RHOTON, in his individual and corporate capacity and the marital community thereof, <br><br>    Defendant. | No. 4:23-CV-05006-SAB <br><br> **ORDER OF DISMISSAL** |

Before the Court is parties' Stipulated Motion to Dismiss, ECF No. 31. Plaintiff is represented by Gregory Skidmore and Damien Villarreal. Defendant is represented by Asti Gallina, Matthew Mensik, and Robert Taylor-Manning. The motion was considered without oral argument.

The parties request the Court dismiss with prejudice the above-captioned case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and fees. The Court grants the motion.

//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 31, is **GRANTED**.

2. The above-captioned case is **DISMISSED with prejudice,** and the parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close the file**.

**DATED** this 10th day of September 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL *2**